UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON D.,[1] | Case No.: 24-CV-1839 JLS (MMP) |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| FRANK BISIGNANO, Commissioner of Social Security,[2] | (ECF No. 13) |
| Defendant. | |

Presently before the Court is Magistrate Judge Michelle M. Pettit's Report and Recommendation ("R&R," ECF No. 13) advising the Court to reverse the Commissioner of Social Security's decision denying Plaintiff Carlton D.'s application for disability insurance benefits and remand the matter for further administrative proceedings in connection with Plaintiff's Social Security Appeal pursuant to 42 U.S.C. § 405(g). R&R at 25; *see also* ECF No. 1. Plaintiff filed an opening Brief (ECF No. 9), to which Defendant filed a Responsive Brief (ECF No. 10). Plaintiff also filed a Reply (ECF No. 11). No Party

---

[1] In accordance with Civil Local Rule 7.1(e)(6)(b), the Court refers to all non-government parties by using their first name and last initial.

[2] Frank Bisignano is the current Commissioner of Social Security and is automatically substituted as the defendant pursuant to Federal Rule of Civil Procedure 25(d).

1

filed objections to the R&R.  *See generally* Docket.  Having considered Judge Pettit's R&R, the pleadings and all supporting documents, and the law, the Court **ADOPTS** Judge Pettit's R&R in its entirety.

## BACKGROUND

Judge Pettit's R&R contains an accurate recitation of the relevant background and evidence.  *See* R&R at 2–3.  This Order incorporates by reference the background as set forth therein.

## LEGAL STANDARD

Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1) set forth a district court's duties in connection with a magistrate judge's R&R.  The district court must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1); *see also United States v. Raddatz*, 447 U.S. 667, 673–76 (1980); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989).  However, in the absence of timely objection, the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  Fed. R. Civ. P. 72 advisory committee's note (citing *Campbell v. U.S. Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974)).

## ANALYSIS

No Party objects to the R&R.  *See generally* Docket.  The Court therefore reviews the R&R for clear error and finds none.  Accordingly, the Court **ADOPTS** the R&R in its entirety.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

24-CV-1839 JLS (MMP)

## CONCLUSION

In light of the foregoing, the Court (1) **APPROVES** and **ADOPTS** the R&R (ECF No. 13); (2) **REVERSES** the Commissioner's decision; and (3) **REMANDS** the matter for further administrative proceedings consistent with the R&R.  As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated:  February 19, 2026

Hon. Janis L. Sammartino
United States District Judge

24-CV-1839 JLS (MMP)